FILED by __ D.C.

Sep 26, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20633-CR-ALTONAGA/GOODMAN

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JOEL EXUME,
RICARDO FERGILE,
    a/k/a "DAVE," and
YVES DANIEL BESSON,
    a/k/a "STEVE,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Import a Controlled Substance
### (21 U.S.C. § 963)

From in or around February 2016 through the date of this Indictment, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

JOEL EXUME,
RICARDO FERGILE,
    a/k/a "DAVE," and
YVES DANIEL BESSON,
    a/k/a "STEVE,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to the defendants as a

result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2
### Importation of a Controlled Substance
### (21 U.S.C. § 952(a))

On or about March 6, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JOEL EXUME,**
**RICARDO FERGILE,**
a/k/a "DAVE," and
**YVES DANIEL BESSON,**
a/k/a "STEVE,"

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2)(B), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From in or around February 2016 through the date of this Indictment, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOEL EXUME,**
**RICARDO FERGILE,**
a/k/a "DAVE," and
**YVES DANIEL BESSON,**
a/k/a "STEVE,"

2

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

### COUNT 4
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about March 6, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JOEL EXUME,**
**RICARDO FERGILE,**
**a/k/a "DAVE," and**
**YVES DANIEL BESSON,**
**a/k/a "STEVE,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

3

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JOEL EXUME, RICARDO FERGILE, a/k/a "DAVE," and YVES DANIEL BESSON, a/k/a "STEVE,"** have an interest.

2. Upon conviction of any violation of Title 21, United States Code, Sections 841, 846, 952, and/or 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOEL EXUME, et al.,

_____ Defendants. _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)          Yes ___  No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Creole

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ✓
   II   6 to 10 days
   III  11 to 20 days
   IV   21 to 60 days
   V    61 days and over

   (Check only one)
   Petty
   Minor
   Misdem.
   Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY
COURT ID No. A5502166

*Penalty Sheet(s) attached                                                REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOEL EXUME

**Case No:** _____

Count #: 1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalties:** Life Imprisonment

Count #: 2

Importation of Cocaine

Title 21, United States Code, Section 952(a)

**\*Max. Penalties:** 40 Years' Imprisonment

Count #: 3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalties:** Life Imprisonment

Count #: 4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalties:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICARDO FERGILE, a/k/a "DAVE"

**Case No:** _____

Count #: 1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalties:** Life Imprisonment

Count #: 2

Importation of Cocaine

Title 21, United States Code, Section 952(a)

**\*Max. Penalties:** 40 Years' Imprisonment

Count #: 3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalties:** Life Imprisonment

Count #: 4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalties:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** YVES DANIEL BESSON, a/k/a "STEVE"

**Case No:** _____

Count #: 1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalties:** Life Imprisonment

Count #: 2

Importation of Cocaine

Title 21, United States Code, Section 952(a)

**\*Max. Penalties:** 40 Years' Imprisonment

Count #: 3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalties:** Life Imprisonment

Count #: 4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalties:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**